UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN KIMBLE CARTER, | ) NO. EDCV 10-00576 JFW (SS) |
| Petitioner, | ) **ORDER ADOPTING FINDINGS,** |
| v. | ) **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| TERESER A. BANKS, Warden, | ) **UNITED STATES MAGISTRATE JUDGE** |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

1   **IT IS ORDERED** that Judgment shall be entered dismissing this action
2   with prejudice for lack of jurisdiction.
3
4   **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
5   the Judgment herein on Petitioner and counsel for Respondent.
6
7   **LET JUDGMENT BE ENTERED ACCORDINGLY.**
8
9   DATED: June 21, 2010
10
11  JOHN F. WALTER
    UNITED STATES DISTRICT JUDGE
12

2